**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ALPHONSO JAMES, SR.,

    Plaintiff,

v.                                    Case No.  2:10-cv-572-FtM-36DNF

STEVEN D. MERRYDAY, ELIZABETH A.
KOVACHEVICH, RUSSELL C.
STODDARD, JEFFREY F. MICHELLAND,
DOUGLAS MOLLOY, JOHN EDWARD
RYAN, GEORGE T. SWARTZ, BRENT
ROBERTS, RANDY JELKS, JOHN E.
STEELE, ROBERT BARCLIFT and
UNKNOWN STAFF ATTORNEYS,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. 8), filed on October 7, 2010.  On October 25, 2010 Plaintiff Alphonso James, Sr. filed an Objection to the Report and Recommendation (Doc. 9).  In the Report and Recommendation, Judge Frazier found that Plaintiff's Complaint fails to state a claim upon which relief may be granted since Plaintiff's rights under the Double Jeopardy Clause were not violated.  Accordingly, Judge Frazier recommended that Plaintiff's Affidavit of Indigency, construed as a Motion to Appear *In Forma Pauperis* (Doc. 2), should be denied and the action dismissed.  In Plaintiff's Response, he seems to argue that Judge Frazier violated Section 636 of 28 U.S.C. and, presumably, Local Rules 6.01 and 6.02 in issuing his Report and Recommendation. The Court disagrees and notes that Plaintiff's permission was not required for Judge Frazier to issue a

non-binding Report and Recommendation regarding Plaintiff's Motion to Appear *In Forma Pauperis*. *See* 28 U.S.C. §§ 636(b)(1)(A)–(B); M.D. Fla. R. 6.01–02.

After carefully considering the Complaint, Motion to Appear *In Forma Pauperis*, Report and Recommendation and Plaintiff's Objection, and undertaking a *de novo* review of the legal determinations recommended in Judge Frazier's Report and Recommendation, the Court concludes that the Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Affidavit of Indigency, Construed as a Motion to Appear *In Forma Pauperis*, is **DENIED**.

3. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to terminate all motions, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 2, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Unrepresented Party